No. 895.   ROBINSON ET AL. *v.* HUMBLE OIL & REFIN-
ING CO. ET AL.   Sup. Ct. Miss.   Certiorari denied.   *W. E. Morse* for petitioners.

No. 899.   SOUTHWEST POTASH CORP. *v.* UNITED
STATES.   C. A. 10th Cir.   Certiorari denied.   *William E. Willis* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Weisl, S. Billingsley Hill* and *Edmund B. Clark* for the United States.

No. 912.   COZZI *v.* UNITED STATES.   C. A. 7th Cir.
Certiorari denied.   *Allen G. Wilsey* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 919.   POWLESS *v.* STATE TAX COMMISSION OF THE
STATE OF NEW YORK.   Ct. App. N. Y.   Certiorari denied. *Omar Z. Ghobashy* for petitioner.   *Louis J. Lefkowitz,* Attorney General of New York, *Ruth Kessler Toch,* Acting Solicitor General, and *Julius L. Sackman* for respondent.

No. 953.   FRANZBLAU ET AL. *v.* SOLES, ADMINISTRATRIX,
ET AL.   C. A. 3d Cir.   Certiorari denied.   *Samuel A. Larner* for petitioners.   *Joseph F. Walsh* for respondents.

No. 681.   ROBINSON ET AL. *v.* UNITED STATES.   Ct. Cl.
Motion for leave to file supplemental petition granted. Certiorari denied.   *King David* and *Richard L. Gunn* for petitioners.   *Solicitor General Marshall, Assistant Attorney General Weisl* and *S. Billingsley Hill* for the United States.